JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Albert Cary Lee, Jr.**, *Plaintiff*, v. **Alex Shing Yu Leung**, *Defendant*. | Case No. 5:22-cv-01784-SSS-DTBx<br>**JUDGMENT**<br><br>Honorable Sunshine S. Sykes |

The Court held a one-day bench trial. At the trial's conclusion, the Court ordered the parties to submit their closing arguments in the form of detailed proposed orders. [Dkt. 57]. The parties submitted their respective arguments. [Dkt. 61, 62].

Having reviewed the parties' arguments, the testimony and evidence offered at trial, and the relevant legal authority, the Court made factual findings, legal conclusions, and directed entry of judgment in favor of Leung. [Dkt. 64]

///

**ACCORDINGLY,**

**It is hereby ordered, adjudged, and decreed** that Judgment be, and hereby is entered in favor of Defendant Alex Shing Yu Leung as to Plaintiff Albert Cary Lee, Jr.'s claims for Violations of the Fair Housing Act, California Fair Employment and Housing Act, and California Unruh Civil Rights Act. [Dkt. 1 (Complaint)]

**It is further Ordered** that Plaintiff shall take nothing as to his complaint and claims therein.

Dated: December 12, 2024

By: _____
Hon. Sunshine S. Sykes
United States District Judge